<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7131**

─────────────

DARRYL LAMONT HUNTER,

Plaintiff - Appellant,

versus

KEVIN MARSEE, Lieutenant for Anderson County
Police Department; PHILLIP WEST, Investigator
for Anderson County Police Department, in
their individual capacities,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Henry M. Herlong, Jr., District
Judge.  (CA-02-886-0-20BD)

─────────────

Submitted:  September 19, 2002        Decided:  September 30, 2002

─────────────

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Darryl Lamont Hunter, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Lamont Hunter appeals the district court's order accepting a magistrate judge's recommendation to deny Hunter's motions for default judgment and to have the U.S. Marshal serve his summons and complaint. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We therefore dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>